**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| RICHARD GONZALEZ, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | |
| DUKE REALTY, LLC, *et al.* | * | |
| Defendants. | * | |
| * * * * * * * * | Civil No. 11-cv-03534-BEL |
| DUKE REALTY, LLC | * | |
| Counterclaim-Plaintiff, | * | |
| v. | * | |
| RICHARD GONZALEZ, *et al.* | * | |
| Counterclaim-Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Richard Gonzalez, et al. and Defendants Duke Realty, LLC, et al. by counsel hereby stipulate to the dismissal of this case with prejudice regarding all claims and counter-claims.

Respectfully submitted,

| | |
|---|---|
| _____/s/ Jan Berlage_____ | _____/s/ Robert A. Gaumont_____ |
| Jan I. Berlage, Federal Bar No. 23937 | David B. Hamilton, Federal Bar No. 04308 |
| Gohn, Hankey & Stichel, LLP | Robert A. Gaumont, Federal Bar No. 26302 |
| 201 N. Charles Street, Suite 2101 | James P. Scholtes. Federal Bar No. 28362 |
| Baltimore, Maryland 21201 | Womble Carlyle Sandridge & Rice, LLP |
| (410) 752-9300 | 250 W Pratt Street, Suite 1300 |
| (410) 752-2519 (fax) | Baltimore, Maryland 21201 |
| jberlage@ghsllp.com | (410) 545-5800 |
| | (410) 545-5801 (fax) |
| Attorneys for Plaintiffs | rgaumont@wcsr.com |

Attorney for Plaintiffs

| | |
|---|---|
| _____/s/ Thomas J. Althauser_____ | _____/s/ Nathan D. Adler_____ |
| Thomas J. Althauser, Federal Bar No. 05770 | Nathan D. Adler, Federal Bar No. 22645 |
| Eccleston and Wolf PC | Brian M. Boyle, Federal Bar No. 28242 |
| Baltimore Washington Law Center | Neuberger, Quinn, Gielen, Rubin |
| 7240 Parkway Dr. Fourth Fl | & Gibber, P.A. |
| Hanover, MD 21076 | One South Street, 27th Floor |
| (410) 752-7474 | Baltimore, Maryland 21202 |
| (410) 752-0611 (fax) | (410) 332-8516 |
| althauser@ewmd.com | (410) 332-8594 (fax) |
| | nda@nqgrg.com |
| Attorney for Defendants | |
| | Attorney for Defendants |