IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RICHARD GONZALEZ, et al. | * |
| Plaintiffs, | * |
| v. | * |
| DUKE REALTY, LLC, et al. | * |
| Defendants. | * |
| * * * * * * * * | Civil No. 11-cv-03534-BEL |
| DUKE REALTY, LLC | * |
| Counterclaim-Plaintiff, | * |
| v. | * |
| RICHARD GONZALEZ, et al. | * |
| Counterclaim-Defendants. | * |

* * * * * * * * * * * * * *

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Richard Gonzalez, et al. and Defendants Duke Realty, LLC, et al. by counsel hereby stipulate to the dismissal of this case with prejudice regarding all claims and counter-claims.

Respectfully submitted,

/s/ Jan Berlage
Jan I. Berlage, Federal Bar No. 23937
Gohn, Hankey & Stichel, LLP
201 N. Charles Street, Suite 2101
Baltimore, Maryland 21201
(410) 752-9300
(410) 752-2519 (fax)
jberlage@ghsllp.com

Attorneys for Plaintiffs

/s/ Robert A. Gaumont
David B. Hamilton, Federal Bar No. 04308
Robert A. Gaumont, Federal Bar No. 26302
James P. Scholtes. Federal Bar No. 28362
Womble Carlyle Sandridge & Rice, LLP
250 W Pratt Street, Suite 1300
Baltimore, Maryland 21201
(410) 545-5800
(410) 545-5801 (fax)
rgaumont@wcsr.com

APPROVED THIS  9th  DAY OF  May 2012

Benson Everett Legg
BENSON EVERETT LEGG, U.S.D.J.

Attorney for Plaintiffs

/s/ Thomas J. Althauser
Thomas J. Althauser, Federal Bar No. 05770
Eccleston and Wolf PC
Baltimore Washington Law Center
7240 Parkway Dr. Fourth Fl
Hanover, MD 21076
(410) 752-7474
(410) 752-0611 (fax)
althauser@ewmd.com

Attorney for Defendants

/s/ Nathan D. Adler
Nathan D. Adler, Federal Bar No. 22645
Brian M. Boyle, Federal Bar No. 28242
Neuberger, Quinn, Gielen, Rubin
& Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
(410) 332-8516
(410) 332-8594 (fax)
nda@nqgrg.com

Attorney for Defendants